JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0931
   Facsimile: (408) 535-5066
   E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

Filed
JUN 17 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIANO PEREZ BENITEZ,<br><br>    Defendant. | No. CR 09-70984 RS<br><br>**STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE FROM JUNE 17 TO JULY 22; AND EXTENDING TIME UNDER RULE 5.1(d)** |

    The parties submit this stipulation requesting to continue the status conference scheduled before Magistrate Judge Patricia V. Trumbull on June 17, 2010, to July 22, 2010, at 1:30 p.m., or any other time available to the Court. The parties further agree to an extension of time under Federal Rule of Criminal Procedure 5.1(d) until July 22.

    Defendant is charged by complaint with violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) and (b)(1)(B)(viii) for possession of cocaine with intent to distribute and possession of methamphetamine with intent to distribute. Counsel for the parties are discussing a pre-indictment disposition of the case. Defendant's counsel has a scheduling conflict for June 17; the parties have therefore agreed to a continuance to July 22.

STIPULATION
CR 09-70984 RS

The parties agree that there is good cause for an extension of time under Rule 5.1(d), taking into account the public interest in prompt disposition of criminal cases. There are no known direct and proximate "victims" in this case as defined by the Crime Victims' Rights Act and the defendant is already in federal custody on a separate conviction.

Respectfully submitted,

Dated: June 16, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nat Cousins
Assistant United States Attorney

AGREED.

/s/
ROBERT W. LYONS
Attorney for Mariano Benitez

## ORDER

Based upon the Stipulation of the parties and a showing of good cause, and taking into account the public interest in prompt disposition of criminal cases, the Court continues the status conference in this case to July 22, 2010, at 1:30 p.m. and orders time extended under Federal Rule of Criminal Procedure 5.1 from June 17, 2010 to July 22.

Date: 6/17/10

U.S. Magistrate Judge
PATRICIA V. TRUMBULL

STIPULATION
CR 09-70984 RS

2